FILED
2010 MAY 21 AM 8:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODETTE LOZANO,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO. 10cv1088-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is Plaintiff's motion to proceed in forma pauperis. (Doc. # 2).

## DISCUSSION

　　On May 19, 2010, Plaintiff initiated this action by filing a Complaint in this Court. (Doc. # 1). On the same date, Plaintiff filed the pending motion to proceed in forma pauperis. (Doc. # 2).

　　All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $350.00. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

　　In an affidavit, Plaintiff states that she earns between $0 and $250 each month working

1  at the Marie Hitchcock Puppet Theater, and she receives between $200 and $845 a month in
2  Social Security benefits, "depending upon [her] working schedule." (Doc. # 2 at 2). Plaintiff
3  states that she owes $7,125 to various individuals, and she "borrow[s] money from family and
4  friends to make ends meet." (Doc. # 2 at 3).

5      After considering Plaintiff's motion and affidavit, the Court determines that Plaintiff
6  cannot afford to pay the filing fee in this case and is eligible to proceed in forma pauperis
7  pursuant to 28 U.S.C. § 1915(a).

8  **CONCLUSION**

9      IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is
10 **GRANTED.** (Doc. # 2).

11     IT IS FURTHER ORDERED that all matters arising in this social security case are
12 referred to the Honorable Bernard G. Skomal, United States Magistrate Judge, pursuant to 28
13 U.S.C. § 636(b)(1) and Local Rule 72.1(c).
14 DATE: 5/20/10

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE